I.D. 6280752                                                                File No. 3900-401

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**KWADJO BAFFOUR, indv. and d/b/a P K'S** )<br>**CHRISTIAN CATERING & DELI SERVICES,** )<br>**INC. d/b/a P K'S CATERING and P K'S** )<br>**CHRISTIAN CATERING & DELI SERVICES,** )<br>**INC. d/b/a P K'S CATERING,** )<br>)<br>**Defendants.** ) | Case No. 2012-cv-8760 |

## PLAINTIFF'S MOTION TO REINSTATE AND ENTER AN ORDER OF JUDGMENT AGAINST THE DEFENDANTS

NOW COME the Plaintiff, J&J SPORTS PRODUCTIONS, INC., by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and respectfully requests that this Court Reinstate this matter against Defendants, KWADJO BAFFOUR, indv. and d/b/a P K'S CHRISTIAN CATERING & DELI SERVICES, INC. d/b/a P K'S CATERING and P K'S CHRISTIAN CATERING & DELI SERVICES, INC. d/b/a P K'S CATERING, and in support thereof, states as follows:

1. That on March 6, 2013, this matter was dismissed without prejudice by this Honorable Court, with leave to reinstate on or before July 5, 2013.

2. That a Settlement Agreement was entered into by both parties wherein which the Defendant would pay a total of $7,000.00 to the Plaintiff. Payments in the amount of $2,500.00 were to be made on or before March 15, 2013 and again on or before April 15, 2013. Additionally, a final payment was to be made in the amount of $2,000.00 on or before May 15, 2013. See attached Exhibit A.

3. As of the filing of this Motion, Defendants have failed to comply with the Settlement Agreement and have made no payments towards said Agreement.

5. That pursuant to the Settlement Agreement, Defendant currently owes Plaintiff a total amount of $7,000.00 plus attorney's fees in the amount of Six Hundred and 00/100 ($600.00). See attached Affidavit Exhibit B.

1

6. Additionally, pursuant to the Settlement Agreement, Defendants agreed to pay a $3,000.00 penalty fee should they default in payment. See attached Settlement Agreement.

**WHEREFORE**, Plaintiff, J&J SPORTS PRODUCTIONS, INC., prays this Honorable Court enter an order to Reinstate this case against Defendants, KWADJO BAFFOUR, indv. and d/b/a P K'S CHRISTIAN CATERING & DELI SERVICES, INC. d/b/a P K'S CATERING and P K'S CHRISTIAN CATERING & DELI SERVICES, INC. d/b/a P K'S CATERING, and enter an Order for Judgment in the amount of Seven Thousand Five Hundred and 00/100 ($7,000.00) plus attorney's fees in the amount of Six Hundred and 00/100 ($600.00) and Three Thousand and 00/100 ($3,000.00) in penalty fees for a total Judgment in the amount of Ten Thousand Six Hundred and 00/100 ($10,600.00) and for any additional relief for Plaintiff this Honorable Court deems just.

s/Andre Ordeanu
Andre Ordeanu

## CERTIFICATE OF SERVICE

I, Andre Ordeanu, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on July 1, 2013, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

s/ Andre Ordeanu
Andre Ordeanu

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 501
Chicago, Illinois 60654
(312) 245-0031
(312) 245-0022 - Fax